No. 48150.—Protests 50641–K, etc., of Lou I. Lubin, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel hats or hoods similar to those involved in Abstract 47291 were held dutiable at 25 percent under paragraph 1504 (b) (1) as hats or hoods in chief value of the material therein provided for, not blocked or trimmed, and not bleached, dyed, colored, or stained. Protests sustained to this extent.